"A"

In the United States District Court

For the District of Rhode Island
(Form mailed __________, 198 )

Edwin Marrero, Jose Marrero
Romanita Marrero - The address to my Father and my mother is P.O. Box 23353 Providence, R.I. 02903 or 670 Ap North main street Providence, 3A R.I., I don't know the zip code okay.

/Enter above the full mane of the plaintiff or plaintiffs in this action. /

v.-

Civil Action No. __________

[redacted] 05 160 ML

/Enter above the full name of the defendant or defendants in this action/

1.- Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes /X/ No / /

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: __________

Defendants: __________

2. Court /if federal court, name the district; if state court, name the county/: __________

3. Docket number: ______________________________

4. Name judge to whom case was assigned: ______________________________

5.- Disposition /for example: Was the case dismissed? Was it appealed? Is it still pending?/: NO I. drop it and The matter I have is to talk the howR. It is treating me please okay.

6. Approximate date of filing law suit: ______________________________

7. Approximate date of disposition: ______________________________

II. Place of Present Confinement: N/A

A. Did you present the facts relating to your complaint to The Warden or any of the prison officials? ~~Yes /_/~~ No /_/

B. If your answer is YES:

1. What steps dis you take? ______________________________

______________________________

2. What was the result? ______________________________

______________________________

C. If your answer is NO, explain why not: ______________________________

______________________________

III. Parties

/In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any./

A. Name of plaintiff ______________________________

______________________________

/ In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants./

B. Defendant ______________________ is employed as ______________________ at ______________________

C. Additional Defendants: ______________________________

______________________________

______________________________

IV. Statement of Claim

State here as briefly as possible the facts of your case. Discribe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. /Use as much space as you need. Attach extra sheet if necessary./

Page 1

I was 21 years old and I started to go Providence and live in Providence To get away from other people that I didn't want to be with, but it got worse because I start to have mental, emotional, physical problems that I start to get Welfare service at Providence office I don't know the address off hand you know. I went to prison when I was 21 years old for Posesion firearm a 22 rifle shotoff shot gun and I did 5 months got out Dec 12-15-91 and stay out from 12-15-92-14-9 Then I went to prison again, I was 22 years old to

V. Relief

State briefly exactly what you want the court to do for you.

Make no legal arguments. Cite no cases or statutes.

VI. NOTE: Should you fail to execute and return this form within ten days from the date of mailing as recorded on pace 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this 15 day of April, ~~198~~ 2005

Edwin Marreo
/Signature of plaintiff or plaintiffs/

VERIFICATION

State of Rhode Island )
)
County of Providence )

Edwin Marreo, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the contents of the above complaint; that it is true of his own knowledge, exceptas to those matters that are stated in it on his information and belief; and as to those matters, he believes them to be true.

Edwin Marreo
/Signature of plaintiff

Subscribed and sworn to before

me this 15 day of April,

~~198~~ 2005.

Charles L. Force
/Notary Public or /other person authorized by law to administer an oath/

Commission expires 6-20-05

[redacted] 05 160 ML

for First the degree child molestion and I fought the case for 8 months and the vilation on probation 2 ½ years and I server 23 ½ months, but what I bien beating up by the Adult Correction Officers in Intake Service Center in Cranston of R.I. They kick me all over my body and stiping on my chest and I have a bad heart from when I was 15 years old from cocain sniffing it by my noise and smoking weed for 23 years, then they took me to the nurses station, but the hard way and by stiffing me up from the floor and they was using my head to open the doors that leads to the norsestation and when I got there the norse John I dont know is last name but it is on the medical recorders at Intake Service Center you know. Then John the norse put oxygen on me, because I had hard time to breath because I got asthma and proflem with my stomach that I cannot eat fat, frieds, spices to because I get sick with pain you know. The correction Officers start to play with a lighter and

over →

JM

Page (2)

puting the lighter near the oxygen holes I got mad and took the oxyge holes off me and grab the correct- tion Officer hand and put the lighte near the oxygen holes and said that you want to play with fire okay lets blow up together you know; The they took me to segation and put me in a cell and told me to take my jumper off which is clothes and what I had under the jumper and my sneakers off too and they put it in a toilt with water in it you- know. They push me around and slap me around too; then they close the door to the cell and about 10 min after and a C.O. open the door and said to me that put my jumper and clothes sneakers on and go to see the Lt and make a date to have a disapline broad to see how many days to get for pushing C.O. because the C.O. punch me on my noise first so I grab the C.O by the arm and threw the C.O. that person with th wall and fell down on the floor and that when I got kick on my back

and I went down to the floor and that's the way they stard to beat me up, they was trying hard to kill me In the prison youknow. I bien going in and out of prison for 12 years as you will see my prison medical, prison records too youknow. I been going to The Providence Center at 530 north main Street in Providence, R.I. youknow. For 9 years and 7 of it was hell, because they took a vanitial of me by when I was taking medica for my Mental, emotional problems youknow. The medical records in The Providence Center can prove my dinose of my promblems that I have in my life youknow I cannot funnction with out meda to keep me control and com where I know what is going on with me all time, now sence I bien out of town for 6 months and 1 week, from 9-31- to now youknow. I bien trying get the Providence Center to give me medation that I need very, very bad to what I said on this letter that I am writi

Page (7)

youknow, These people that work with
me at The Providence Center names
are Jackie Walise is my nurse
there and Raphle [illegible] Jackie a boss
at the Providence Center and Dr. Micke
Silver a Mental Heath Doctor that work
at The Providence Center youknow, Dr. Silver
said that I look good when I saw him in
October last year and Jackie my
nurse say the same and when I fel sick
like hurting myself and other people
when I dont take medation to keep me
control, because the trama that I been
there in prison and fights on the street by
protec myself from getting kill I have
life scares on my head and my body
wrest, arms and inside too youknow
My Lawyer name is Brain Adea that
work at R.I. Disabled Law Center at
349 Eddie Street in Providence, R.I.
I don't know the Zip Code, but he
is helping me with a living
well, so I can see my boys and
their names are Edwin M. Jr. Elliot
William Neol Elliott and Samuel
Joshel Elliott before I die. I would
like to see them and talk to them

Page 5

then tell my brother William Mann to unplug the manicing and let me die in peace youknow. Then Memorial Hospital broken my right rib on the 9th one I have papers to prove it and the nurses Doctor and security gard. Soe I went to Memorial Hospital In Pautucket of R.I. for help on drinking Vako, smoking coke, weed too youknow. I wanted to go to a ward for people that hurting them self or somebody else youknow. But I didnt stay in the hospital because they said no and they gave me two needles one of them was Hadol that I cannot take, becaus I can die from it youknow. My mouth get sworne and my tonug it slide out and it hang out with a stiffer where I cannot talk wright youknow Also I was beating up in Central Fall Police Station by the Cops and I have wittenees that saw what happen and I got out and I start to have chest pain the wittness is my best freind he had to go back and say to the fireman to help me I am having Chest pain youknow.

I went to the hospital Memorial E.R., Then I stay about 1½ hour in there not even a nurse or doctor see me, so I got up left the hosp-ital with my Mother & my Father too youknow. This is why I want to leave R.I. for good and start a new life in a nother state youknow Please, Please help me on this one youknow.

From; Truely
Edwin Marrero

FILED
2005 APR 15 P 3:44
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND