UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWIN MARRERO

v. CA 05-260ML

STATE OF RHODE ISLAND

MEMORANDUM AND ORDER

On June 1, 2005, Magistrate Judge Almond issued a Memorandum and Order wherein he granted plaintiff's application to proceed in forma pauperis and granted plaintiff leave to file an Amended Complaint. Plaintiff was given 30 days from June 1, within which to file an Amended Complaint. As of this writing, plaintiff has not filed an Amended Complaint, nor has he lodged any appeal from the Magistrate Judge's Memorandum and Order.

This Court has independently reviewed plaintiff's "Complaint," and concurs with Magistrate Judge Almond's assessment of its many factual and legal deficiencies. Where plaintiff has not seen fit to take advantage of Magistrate Judge Almond's suggestion to file an amended pleading, this Court now dismisses without prejudice plaintiff's "Complaint."

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
July 7, 2005