# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**EDWIN MARRERO**

**Vs.** **C.A. N0. 05-160ML**

**STATE OF RHODE ISLAND**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, State of Rhode Island, against the plaintiff, Edwin Marrero, pursuant to the Memorandum and Order of this date DISMISSING plaintiff's complaint without prejudice.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: July 7, 2005